IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK BRETT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JUDGE MRS. GOLDBERG, et al.** | : | **NO. 15-5795** |

## ORDER

AND NOW, this 30th day of October, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED with prejudice in accordance with the Court's memorandum.

3. The motion to file this case under seal is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

*Petrese B. Tucker*
PETRESE B. TUCKER, Ch. J.